IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA SCALLION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-3817 |
| | § | |
| EQUIFAX INFORMATION SERVICES LLC, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Service of this action, filed on October 11, 2010, has not been effected and the plaintiff failed to attend the Rule 16 Conference set for February 25, 2011.

Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The plaintiff must file proof of service no later than March 30, 2011. Failure to do so may lead to the dismissal of this case. The initial pretrial conference will be reset, if appropriate, after proof of service is filed.

SIGNED on February 25, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge