IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA SCALLION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-3817 |
| | § | |
| EQUIFAX INFORMATION SERVICES LLC, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

No activity is reflected in the court's docket for this case since it was filed in October 2010. The plaintiff has not effected service nor sought an extension and she did not appear at the court-ordered initial conference. No response was filed after this court entered an order on February 25, 2011, ordering the plaintiff to file proof of service and admonishing that dismissal would result if she failed to do so. This case is dismissed, without prejudice, for lack of prosecution and for failure to comply with this court's orders.

SIGNED on April 11, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge